DISPOSITION OF PETITIONS FOR DISCRETIONARY REVIEW UNDER G.S. 7A-31

## CALTON v. CALTON

No. 222P95

Case below: 118 N.C.App. 439

Petition by intervenor-plaintiff (Phillip Byron Calton) for discretionary review pursuant to G.S. 7A-31 denied 5 October 1995.

## CORN v. NESBITT

No. 274P95

Case below: 119 N.C.App. 253

Petition by defendant for discretionary review pursuant to G.S. 7A-31 denied 5 October 1995.

## DALTON v. ANVIL KNITWEAR

No. 294P95

Case below: 119 N.C.App. 275

Petition by defendants for discretionary review pursuant to G.S. 7A-31 denied 5 October 1995. Petition by defendants for writ of certiorari to review the decision of the North Carolina Court of Appeals denied 5 October 1995.

## DAVIS v. MESSER

No. 298P95

Case below: 119 N.C.App. 44

Petition by defendant (Leonard Messer) for discretionary review pursuant to G.S. 7A-31 denied 5 October 1995. Petition by defendant (Town of Waynesville) for discretionary review pursuant to G.S. 7A-31 denied 5 October 1995.

## DAVISON v. CUMBERLAND COUNTY BD. OF EDUC.

No. 332P95

Case below: 119 N.C.App. 604

Petition by defendants (Cumberland County) for discretionary review pursuant to G.S. 7A-31 denied 5 October 1995.